# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 5:17-po-00111-JLT |
| Plaintiff, | ORDER RE: DISMISSAL AND REFUND OF PAYMENT |
| v. | |
| LORENZO DEMURO, | |
| Defendant. | |

Upon request of the government to void the violation and refund payment, Violation 6379521 as to Lorenzo DeMuro is DISMISSED with prejudice. The collateral paid by the defendant SHALL be refunded.

IT IS SO ORDERED.

Dated: __**October 6, 2017**__     __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE

1